# United States District Court

DISTRICT OF __Massachusetts__

Joseph D. Gilardi

**SUMMONS IN A CIVIL ACTION**

V.

CASE NUMBER:

National Railroad Passenger Corporation, d/b/a AMTRAK

**04 10703 RWZ**

TO: (Name and Address of Defendant)

    Michael D. Cataldo
    Amtrak General Manager
    2 South Station
    Boston, MA   02110

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

    Edward V. Colbert, III, Esq.
    Bertram E. Snyder, Esq.
    Looney & Grossman LLP
    101 Arch Street, 9th Floor
    Boston, MA   02110

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS
CLERK

BY DEPUTY CLERK

DATE   APR 7 2004

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me (1)

**DATE:** April 9, 2004

**NAME OF SERVER:** BURTON M. MALKOFSKY

**TITLE:** Process Server / A Disinterested Person

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left: _____

Said service was made at: _____, MASSACHUSETTS

☒ Other: By handing true and attested copies thereof to **Mr. Michael D. Cataldo, Amtrak General Manager and** Duly Authorized Agent for the within-named **National Railroad Passenger Corporation, d/b/a AMTRAK.**

Said service was made at: **2 South Station, Boston**, MASSACHUSETTS

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  | $ 24.00 | $ 24.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on **April 9, 2004**

Signature of Server: *[signed] Burton M Malkofsky*

Address of Server: One Devonshire Place, Boston, Massachusetts

**ADDITIONAL INFORMATION**

PLEASE NOTE THAT IT WAS NECESSARY TO MAKE _____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
|  |  |  | $_____.00 |
|  |  |  | $_____.00 |
|  |  |  | $_____.00 |
|  |  |  | $_____.00 |
|  |  |  | $_____.00 |

**DUE & DILIGENT SEARCH:** $_____.00   No service was made because when constable arrived at said address he discovered said address to be

TOTAL $_____.00

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

---

**Suvalle, Jodrey & Associates**
Massachusetts Constables since 1925

One Devonshire Place
Boston, MA 02109

Telephone # (617) 720-5733
Fax # (617) 720-5737