UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN -3  A 11: 28

U.S. DISTRICT COURT
DISTRICT OF MASS

JOSEPH GILARDI,
   Plaintiff

v.

NATIONAL RAILROAD
PASSENGER CORPORATION,
   Defendant

C.A. No. 2004CV10703RWZ

DEFENDANTS NATIONAL RAILROAD PASSENGER COPRORATION ("Amtrak")
INITIAL DISCLOSURE
PURSUANT TO LOCAL RULES 26.2(A) AND 26.1(B) AND THE COURT'S ORDER

I.    RULE 26.2(A) AUTOMOATIC DOCUMENT DISCLOSURE

   1.    ANY CONTRACT BETWEEN THE PARTIES THAT CONCERNS DISPUTE:

      Defendant will make available the operating agreement between MBTA and Amtrak regarding the commuter rail system.

   2.    INSURANCE AGREEMENT:

      Not applicable; Defendant Amtrak is self-insured in regards to plaintiff's claim.

   3.    REPORTS OF EXPERTS:

      None presently within the custody, possession and control of the defendants.

   4.    REPORTS OF INVESTIGATOR:

      Please find the following documents attached:

      a.    Amtrak Employee Injury/Illness Report (1 page);
      b.    Amtrak Drug and Alcohol Testing Notification Form (1 page);

    c.    Amtrak Injury/Illness Report (front and back);

    d.    Amtrak Medical Report (1 page);

    e.    Amtrak Earning History for plaintiff for period 2/2002-7/2002;

    f.    Continuum Case Report 7/2002-12/2002;

    g.    Railroad Retirement Board Lien $4004.00;

    h.    Advances in the amount of $24,300.00;

    i.    Injured Employees Ten Day Report; and

    j.    Amtrak Investigation Committee Report (4 pgs.).

5.    ANY OTHER DOCUMENTS:

None yet so determined by Judicial Officer.

II.    RULE 26.1(B)(2) DISCLOSDURE BY SWORN STATEMENT

The defendants swear and affirm that they have properly identified the following persons and documents.

    a.    ALL PERSONS PRESENTLY KNOWN TO BE WITNESSES:

The following individuals are presently known to be witnesses to the underlying incident;

        i.    Donald Goyette, Mechanical Supervisor, Massachusetts Bay Commuter Railroad (MBCR);

        ii.    Dick Hamel, Foreman, Mechanical Department (MBCR); and

        iii.    John S. Bosco, Electrician, MBCR.

    b.    STATEMENTS OF PLAINTIFF:

Other than those contained in the produced reports, none presently within possession, custody control of defendants.

    c.    GOVERNMENT REPORTS:

See documents referenced above attached.

RESPECTFULLY SUBMITTED,

Defendant Amtrak,

By his Attorney,

*Edward P. Harrington*
Edward P. Harrington, Esquire
MBTA Law Department
Ten Park Plaza
Boston, MA 02116
(617) 222-3192

Dated: June 1, 2004

## CERTIFICATE OF SERVICE

I hereby certify that I have forwarded copies of the foregoing, this day to:

Edward V. Colbert, III, Esquire
Looney & Grossman, LLP
101 Arch Street
Boston, MA 02110

*Edward P. Harrington*
Edward P. Harrington, Esquire

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH GILARDI,<br>    Plaintiff<br><br>v.<br><br>NATIONAL RAILROAD<br>PASSENGER CORPORATION,<br>    Defendant | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 2004CV10703RWZ<br>)<br>)<br>) |

## CERTIFICATION IN COMPLIANCE WITH LOCAL RULE 16.1(D)

I, Edward P. Harrington, Assistant General Counsel, hereby depose and state as follows:

1. I am a staff attorney with the Massachusetts Bay Transportation Authority Legal Department ("MBTA"), and I represent Amtrak, in this lawsuit;

2. In anticipation of the scheduling conference, I have conferred with Jonathan P. Feltner, Esquire, Chief Trial Counsel, for the MBTA, who has ultimate control of this litigation, with a regard to establishing a budget for the cost of conducting the full course of the litigation as well as the courses of resolution such as Alternative Dispute Resolution.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS __/__ DAY OF ~~MAY~~, 2004.

June

NATIONAL RAILROAD
PASSENGER CORPORATION

By its attorneys,

*/s/ Edward P. Harrington*
Edward P. Harrington, Esquire
Ten Park Plaza
Boston, MA 02116
(617) 722-3192
BBO #559482

*/s/ Jonathan P. Feltner*
Jonathan P. Feltner
First Assistant General Counsel-Trials
MBTA Law Department
Ten Park Plaza
Boston, MA. 02116
(617) 222-3175
BBO #162560

Dated: June __/__, 2004

### CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2004, I served a copy of the foregoing, postage prepaid to all counsel of record:

Edward V. Colbert, III, Esquire
Looney & Grossman, LLP
101 Arch Street
Boston, MA 02110

*/s/ Edward P. Harrington*
Edward P. Harrington
Assistant General Counsel



# Massachusetts Bay Transportation Authority

| Mitt Romney | Kerry Healey | Daniel A. Grabauskas | Michael H. Mulhern |
|---|---|---|---|
| Governor | Lt. Governor | Secretary and MBTA Chairman | General Manager |

FILED
RKS OFFICE

2004 JUN -3 A 11: 28

U.S. DISTRICT COURT
DISTRICT OF MASS

June 1, 2004

U.S. District Court
For the District of Massachusetts
John Joseph Moakley U. S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re: <u>Joseph Gilardi v. National Railroad Passenger Corporation, d/b/a Amtrak</u>
Civil Action No. 2004CV10703RWZ

Dear Sir/Madam:

Enclosed please find Defendant, Amtrak's Initial Disclosure Pursuant to Local Rules 26.2(A) and 26.1(B) and Certification in Compliance With Local Rule 16.1(D).

Kindly file and docket same.

Very truly yours,

*Edward P. Harrington*
Edward P. Harrington
Assistant General Counsel

EPH:sak
W/Out Enclosure