UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JOSEPH D. GILARDI | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO: 04-10703-RWZ |
| | ) | |
| NATIONAL RAILROAD PASSENGER | ) | |
| CORPORATION, d\b\a AMTRAK, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## JOINT STATEMENT

The plaintiff, Joseph D. Gilardi ("Gilardi"), and the defendant, National Railroad Passenger Corporation, d\b\a Amtrak, submit the following Joint Statement.

**I.    Proposed Discovery Plan.**

A.    Pleadings may be amended in accordance with Rules 14 and 15 of the Federal Rules of Civil Procedure.

B.    All non-expert discovery, including the exchange of automatic disclosures, written discovery, and non-expert depositions, must be concluded by October 29, 2004.

C.    Expert witness reports must be disclosed pursuant to Fed. R. Civ. P. 26(a)(2) by November 5, 2004.

D.    Expert witness depositions pursuant to Fed. R. Civ. P. 26(a)(2) must be taken within 30 days from the service of the expert reports under Fed. R. Civ. P. 26(a)(2)(B).

12865.000\pl\06

E.  Parties may file motions to compel and seek other orders of the Court as the need arises, subject to the obligation of counsel to confer under Local Rule 7.1(A)(2).

F.  Final pre-trial conference shall be held in the first week of December 2004.

G.  Except as contained herein, the parties propose no modification in federal or local rules.

II.  **Trial By Magistrate Judge**.  The parties do not agree at this time to submit this matter to a magistrate judge for trial.

III.  **Settlement.**  The plaintiff will serve a demand for settlement upon the defendant on or before the time of the Scheduling Conference.

IV.  **Certifications Pursuant to Local Rule 16.1(D)(3).**  Certifications under Local Rule 16.1(D) will be filed on or before the time of the Scheduling Conference.

                                                                    Respectfully submitted,

NATIONAL RAILROAD                           JOSEPH D. GILARDI
PASSENGER CORPORATION,
d\b\a AMTRAK,

By its attorney,                                        By his attorneys,

_____          _____
Edward P. Harrington BBO#559482         Bertram E. Snyder, BBO#471320
Assistant General Counsel                Edward V. Colbert III BBO#566187
Mass Bay Transportation Authority        LOONEY & GROSSMAN, LLP
Ten Park Plaza                           101 Arch Street
Boston, MA 02116                         Boston, Massachusetts 02110
(617) 222-3192                           (617) 951-2800

12865.000\pl\06                             2