UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10703-RWZ

JOSEPH D. GILARDI

v.

NATIONAL RAILROAD PASSENGER CORPORATION,
d/b/a AMTRAK

SCHEDULING ORDER

July 1, 2004

ZOBEL, D. J.

      This matter having come before the court at a scheduling conference held pursuant to Rule 16, Fed. R. Civ. P., 28 U.S.C., and Edward V. Colbert, III having appeared as counsel for plaintiff, Joseph D. Gilardi; and Edward P. Harrington having appeared as counsel for defendant, National Railroad Passenger Corporation, the following action was taken:

1. The parties agreed to complete all discovery, fact and expert, by November 30, 2004.

2. A pretrial conference will be held on December 8, 2004 at 2:30 p.m.

 

_____      /s/ Rya W. Zobel_____
    DATE                                RYA W. ZOBEL
                                            UNITED STATES DISTRICT JUDGE