UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10703-RWZ

JOSEPH D. GILARDI

v.

NATIONAL RAILROAD PASSENGER CORPORATION
d/b/a AMTRAK

PRETRIAL ORDER

December 9, 2004

ZOBEL, D.J.

This matter having come before the Court at a pretrial conference held pursuant to Rule 16, Fed. R. Civ. P., 28 U.S.C., and Edward V. Colbert, III having appeared as counsel for plaintiff, Joseph D. Gilardi; and Edward P. Harrington having appeared as counsel for defendant National Railroad Passenger Corp., d/b/a Amtrak, the following action was taken:

1. Counsel shall report the status of settlement negotiations by January 28, 2005.

2. TRIAL

If the case is not settled, it will go to trial with a jury on February 28, 2005, at 9 a.m. The trial is estimated to last two to three days.

3. JURY

The court will impanel eight jurors. Counsel shall file any proposed questions to the jury on voir dire by February 25, 2005. Each side will have four peremptory challenges.

4.  **ISSUES**

   The parties agree that the only issues to be tried are:

   a)   whether the defendant was negligent because of the presence of a substance at the place where plaintiff was working that caused him to slip and injure himself;

   b)   whether defendant's negligence caused or contributed to cause plaintiff's injuries;

   c)   the amount of damages.

5.  **EXHIBITS**

   Prior to the commencement of trial on February 28, 2005, counsel shall confer with each other concerning any exhibits each intends to offer and note any objections each may have to the exhibits of the other. All exhibits to which opposing counsel do not object shall be deemed to be admitted into evidence. Counsel shall mark these exhibits, prepare a listing thereof, and file four copies. Objected-to exhibits shall be marked for identification and listed separately.

6.  **WITNESSES**

   On or before February 18, 2005, each party shall file a list of witnesses who will testify at trial.

7.  **REQUESTS AND QUESTIONS**

   On the first day of trial, February 28, 2005, counsel shall file:

   a.   Requests for instructions; and

   b.   Proposed questions to the jury on special verdict.

December 9, 2004
DATE

RYA W. ZOBEL
UNITED STATES DISTRICT JUDGE