UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH D. GILARDI    ) | |
|    ) | |
|    Plaintiff,    ) | |
|    ) | |
|    v.    ) | CIVIL ACTION NO:  04-10703-RWZ |
|    ) | |
| NATIONAL RAILROAD PASSENGER    ) | |
| CORPORATION, d\b\a AMTRAK,    ) | |
|    ) | |
|    Defendant.    ) | |
|    ) | |

## JOINT STATUS REPORT

The plaintiff, Joseph D. Gilardi ("Gilardi"), and the defendant, National Railroad Passenger Corporation, d\b\a Amtrak, inform the Court that the status of the case is as follows:

Following the last Status Conference with the Court, the defendant Amtrak took the deposition of Mr. Gilardi. Counsel for Mr. Gilardi also served an expert medical report upon Amtrak's counsel. The parties expect to engage in serious settlement discussions and expect to know within a week whether settlement is achievable.

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION, d\b\a AMTRAK, By its attorney, | JOSEPH D. GILARDI<br><br>By his attorneys, |
| _____/s/ (EVC)_____<br>Edward P. Harrington BBO#559482<br>Assistant General Counsel<br>Mass Bay Transportation Authority<br>Ten Park Plaza<br>Boston, MA 02116<br>(617) 222-3192 | ___/s/ (EVC)_____<br>Bertram E. Snyder, BBO#471320<br>Edward V. Colbert III BBO#566187<br>LOONEY & GROSSMAN, LLP<br>101 Arch Street<br>Boston, Massachusetts 02110<br>(617) 951-2800 |

12865.000\pl\06