UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH D. GILARDI | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO: 04-10703-RWZ |
| | ) |
| NATIONAL RAILROAD PASSENGER | ) |
| CORPORATION, d\b\a AMTRAK, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## PLAINTIFF'S WITNESS LIST

In the event this matter cannot be resolved short of trial, the plaintiff, Joseph D. Gilardi ("Gilardi"), hereby provides the following list of witnesses that he anticipates calling for trial before the Court on February 28, 2005:

1. Joseph D. Gilardi

2. Phyllis Gilardi

3. Peter J. Gilardi

4. Joseph J. Gilardi

5. Donald Goyette

6. Richard Hamel

7. John Bosco

8. James Murphy

9. Joseph Gouveia

10. Dr. Lowell Rossman

11. Dr. Robert Harney

L:12865.00\pleadings\11

12.    Dr. Julian Vaisman

    Respectfully submitted,

    JOSEPH D. GILARDI

    By his attorneys,

    \_/s/ Edward V. Colbert III_____
Bertram E. Snyder (BBO#471320)
Edward V. Colbert, III (BBO#566187)
LOONEY & GROSSMAN LLP
101 Arch Street, 9th Floor
Boston, MA 02110-1112
(617) 951-2800