UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSEPH D. GILARDI
      Plaintiff

V.

                                    CIVIL ACTION:04-10703-RWZ

NATIONAL RAILROAD
      Defendant

## ORDER OF DISMISSAL

ZOBEL, D.J.                                                                         FEBRUARY 25, 2005

      The Court having been advised by counsel for the parties that the above action has been settled, it is ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 30 days, to reopen the action if settlement is not consummated.

                                                                     By the Court,

                                                                     s/ Lisa A. Urso
                                                                   Deputy Clerk

30day.ord